# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DAWN RENEE DOTSON,

        Plaintiff,

        v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Civil Action No. 19-cv-00043

Judge Jia M. Cobb

## ORDER

After reviewing the record, considering the Magistrate Judge's May 27, 2021 Report and Recommendation, and hearing no objections from Plaintiff Dawn Dotson, the Court adopts the Magistrate Judge's Report and accepts their Recommendation. ECF 21.  This Court thus:

**GRANTS** Defendant's Motion for Judgment of Affirmance, ECF 14; and

**DENIES** Plaintiff's Motion for Judgment of Reversal, ECF 12;

**SO ORDERED**.

DATE: October 6, 2022

 

                                  _____
                                  Jia M. Cobb
                                  U.S. District Court Judge